UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA A. MULLINS,

    Plaintiff,

v.                                          Case No. 20-13006
                                            Honorable Victoria A. Roberts

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER:
(1) ADOPTING REPORT AND RECOMMENDATION [ECF NO. 40];
(2) GRANTING AMENDED MOTION FOR ATTORNEY
FEES [ECF NO. 38]; AND
(3) DENYING AS MOOT ORIGINAL MOTION FOR ATTORNEY FEES
[ECF NO. 36]**

On May 21, 2023, Magistrate Judge Grand issued a Report and Recommendation ("R&R") recommending that Plaintiff's amended motion for attorney fees be granted and the original motion for attorney fees be denied as moot. No objections were filed.

The Court **ADOPTS** the R&R and **GRANT'S** Plaintiff's amended motion for attorney fees and **DENIES AS MOOT** the original motion for attorney fees.

**ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 6/14/2023